No. 10–790.  BRANDAO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–798.  HUDSON *v.* UNIVERSAL STUDIOS, INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 10–799.  LARSON ET UX. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 10–807.  RAMER *v.* COMMISSIONER OF INTERNAL REVE-NUE.  C. A. 8th Cir.  Certiorari denied.

No. 10–5031.  TAYLOR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–5213.  CARAZA-VALDEZ, AKA RIVERA-RIVERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5334.  MAYBERRY ET AL. *v.* JACKSON, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY.  C. A. 10th Cir.  Certiorari denied.

No. 10–5438.  DOZAL-VARGAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5533.  DONNELL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–5653.  RICHARDS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–5711.  CISNEROS-GUTIERREZ *v.* UNITED STATES; and No. 10–5712.  CISNEROS-GUTIERREZ *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–5762.  COLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–5790.  FRANKLIN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–5973.  JAVAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.